IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RHONDA WASHINGTON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00050 SWW |
| CLX SYSTEMS/WESTWOOD MANAGEMENT, INC., and DOES 1-10 | * | |
| | * | |
| | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

## ORDER

Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without leave of court by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Plaintiff has filed such notice and is therefore entitled to voluntary dismissal without prejudice.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 1ST DAY OF APRIL, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE